## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

In re: HAYS, BILLY J.                                    § Case No. 14-32869

      HAYS, MARY                                      §

                                §

     Debtor(s)                                             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 11, 2014.  The undersigned trustee was appointed on November 10, 2014.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of                 $              3,399.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 475.86 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 2,883.14 |

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/01/2015 and the deadline for filing governmental claims was 05/11/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $730.79.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $730.79, for a total compensation of $730.79.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.78, for total expenses of $24.78.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/13/2015          By:/s/J. RICHARD RANSEL
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-32869

**Case Name:** HAYS, BILLY J.

HAYS, MARY

**Period Ending:** 08/13/15

**Trustee:** (520206)    J. RICHARD RANSEL

**Filed (f) or Converted (c):** 11/11/14 (f)

**§341(a) Meeting Date:** 12/10/14

**Claims Bar Date:** 04/01/15

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1    RESIDENCE | 200,000.00 | 0.00 | | 0.00 | FA |
| 2    CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3    CHECKING | 50.00 | 0.00 | | 0.00 | FA |
| 4    FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 5    CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 6    JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7    2005 CHEVY TAHOE 197000 MILES | 2,000.00 | 0.00 | | 0.00 | FA |
| 8    2013 CHEVY SILVERADO LT | 22,000.00 | 0.00 | | 0.00 | FA |
| 9    2010 TRACKER BOAT 19 FOOT | 16,000.00 | 0.00 | | 0.00 | FA |
| 10    1997 UTILITY TRAILER | 500.00 | 0.00 | | 0.00 | FA |
| 11    2014 tax refund  (u) | 3,399.00 | 3,399.00 | | 3,399.00 | FA |
| **11    Assets    Totals** (Excluding unknown values) | **$247,999.00** | **$3,399.00** | | **$3,399.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

2014 taxes

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015

**Current Projected Date Of Final Report (TFR):**    August 13, 2015  (Actual)

Printed: 08/13/2015 10:53 AM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 14-32869 |
| **Case Name:** | HAYS, BILLY J. |
| | HAYS, MARY |
| **Taxpayer ID #:** | **-***6101 |
| **Period Ending:** | 08/13/15 |

| | |
|---|---|
| **Trustee:** | J. RICHARD RANSEL (520206) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5966 - Checking Account |
| **Blanket Bond:** | $57,318,324.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/15 | {11} | United States Treasury | 2014 tax refund | 1224-000 | 3,399.00 | | 3,399.00 |
| 04/06/15 | 101 | Billy and Mary Hays | return 14% of 2014 tax refund | 8500-002 | | 475.86 | 2,923.14 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,913.14 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,903.14 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,893.14 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,883.14 |
| | | | **ACCOUNT TOTALS** | | **3,399.00** | **515.86** | **$2,883.14** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **3,399.00** | **515.86** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,399.00** | **$515.86** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5966** | **3,399.00** | **515.86** | **2,883.14** |
| | **$3,399.00** | **$515.86** | **$2,883.14** |

{} Asset reference(s)

Printed: 08/13/2015 10:53 AM   V.13.23

Printed: 08/13/15 10:53 AM      **Claims Distribution Register - Exhibit C**      Page: 1

## Case:  14-32869  HAYS, BILLY J.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 11/11/14 | 200 | J. RICHARD RANSEL 228 WEST HIGH STREET ELKHART, IN 46516 <2100-00  Trustee Compensation> Pursuant to Court Order dated 8/12/15. | 730.79 | 730.79 | 0.00 | 730.79 | 730.79 |
| | 11/11/14 | 200 | J. RICHARD RANSEL 228 WEST HIGH STREET ELKHART, IN 46516 <2200-00  Trustee Expenses> Pursuant to Court Order dated 8/12/15. | 24.78 | 24.78 | 0.00 | 24.78 | 24.78 |
| | | | **Total for Priority 200:   100% Paid** | **$755.57** | **$755.57** | **$0.00** | **$755.57** | **$755.57** |
| | | | **Total for Admin Ch.  7 Claims:** | **$755.57** | **$755.57** | **$0.00** | **$755.57** | **$755.57** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/05/15 | 610 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 <7100-00  General Unsecured § 726(a)(2)> | 2,649.97 | 2,649.97 | 0.00 | 2,649.97 | 99.14 |
| 2 | 01/12/15 | 610 | First National Bank of Omaha 1620 Dodge Street Stop Code 3105 Omaha, NE 68197 <7100-00  General Unsecured § 726(a)(2)> | 1,961.82 | 1,961.82 | 0.00 | 1,961.82 | 73.40 |
| 3 | 01/14/15 | 610 | Webbank-Fingerhut 6250 Ridgewood Rd St. Cloud, MN 56303 <7100-00  General Unsecured § 726(a)(2)> | 1,337.78 | 1,337.78 | 0.00 | 1,337.78 | 50.05 |
| 4 | 01/15/15 | 610 | Fifth Third Bank PO Box 9013 Addison, TX 75001 <7100-00  General Unsecured § 726(a)(2)> | 2,872.11 | 2,872.11 | 0.00 | 2,872.11 | 107.45 |
| 5 | 01/16/15 | 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00  General Unsecured § 726(a)(2)> | 2,089.62 | 2,089.62 | 0.00 | 2,089.62 | 78.18 |
| 6 | 01/16/15 | 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00  General Unsecured § 726(a)(2)> | 1,414.96 | 1,414.96 | 0.00 | 1,414.96 | 52.94 |
| 7 | 01/16/15 | 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-00  General Unsecured § 726(a)(2)> | 1,750.84 | 1,750.84 | 0.00 | 1,750.84 | 65.50 |

Printed: 08/13/15 10:53 AM

# Claims Distribution Register - Exhibit C

Page: 2

## Case: 14-32869   HAYS, BILLY J.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 8 | 01/16/15 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,673.13 | 3,673.13 | 0.00 | 3,673.13 | 137.42 |
| 9 | 02/05/15 | 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 562.10 | 562.10 | 0.00 | 562.10 | 21.03 |
| 10 | 02/16/15 | 610 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 955.64 | 955.64 | 0.00 | 955.64 | 35.75 |
| 11 | 03/20/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 6,231.80 | 6,231.80 | 0.00 | 6,231.80 | 233.14 |
| 12 | 03/20/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of FNBM, LLC<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,858.23 | 1,858.23 | 0.00 | 1,858.23 | 69.52 |
| 13 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 4,114.75 | 4,114.75 | 0.00 | 4,114.75 | 153.94 |
| 14 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 327.10 | 327.10 | 0.00 | 327.10 | 12.24 |
| 15 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 4,132.51 | 4,132.51 | 0.00 | 4,132.51 | 154.61 |
| 16 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,545.90 | 3,545.90 | 0.00 | 3,545.90 | 132.66 |

Printed:  08/13/15 10:53 AM          **Claims Distribution Register - Exhibit C**          Page:  3

**Case:  14-32869   HAYS, BILLY J.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,646.29 | 1,646.29 | 0.00 | 1,646.29 | 61.59 |
| 18 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 4,865.79 | 4,865.79 | 0.00 | 4,865.79 | 182.04 |
| 19 | 03/23/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,133.41 | 1,133.41 | 0.00 | 1,133.41 | 42.40 |
| 20 | 03/23/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 950.34 | 950.34 | 0.00 | 950.34 | 35.55 |
| 21 | 03/23/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 3,633.85 | 3,633.85 | 0.00 | 3,633.85 | 135.95 |
| 22 | 03/25/15 | 610 | Cavalry SPV I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 3,519.33 | 3,519.33 | 0.00 | 3,519.33 | 131.67 |
| 23 | 03/31/15 | 610 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609<br><7100-00   General Unsecured § 726(a)(2)> | 1,641.17 | 1,641.17 | 0.00 | 1,641.17 | 61.40 |
| | | | **Total for Priority 610:   3.74121% Paid** | **$56,868.44** | **$56,868.44** | **$0.00** | **$56,868.44** | **$2,127.57** |
| | | | **Total for Unsecured Claims:** | **$56,868.44** | **$56,868.44** | **$0.00** | **$56,868.44** | **$2,127.57** |
| | | | **Total for Case :** | **$57,624.01** | **$57,624.01** | **$0.00** | **$57,624.01** | **$2,883.14** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.:  14-32869
Case Name: HAYS, BILLY J.
Trustee Name: J. RICHARD RANSEL

**Balance on hand:**                                $            2,883.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $            2,883.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - J. RICHARD RANSEL | 730.79 | 0.00 | 730.79 |
| Trustee, Expenses - J. RICHARD RANSEL | 24.78 | 0.00 | 24.78 |

Total to be paid for chapter 7 administration expenses:    $            755.57
Remaining balance:                                         $            2,127.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $            2,127.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

Total to be paid for priority claims:    $            0.00
Remaining balance:                       $            2,127.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 56,868.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 2,649.97 | 0.00 | 99.14 |
| 2 | First National Bank of Omaha | 1,961.82 | 0.00 | 73.40 |
| 3 | Webbank-Fingerhut | 1,337.78 | 0.00 | 50.05 |
| 4 | Fifth Third Bank | 2,872.11 | 0.00 | 107.45 |
| 5 | Capital One Bank (USA), N.A. | 2,089.62 | 0.00 | 78.18 |
| 6 | Capital One Bank (USA), N.A. | 1,414.96 | 0.00 | 52.94 |
| 7 | Capital One Bank (USA), N.A. | 1,750.84 | 0.00 | 65.50 |
| 8 | Capital One Bank (USA), N.A. | 3,673.13 | 0.00 | 137.42 |
| 9 | American InfoSource LP as agent for | 562.10 | 0.00 | 21.03 |
| 10 | Capital One NA | 955.64 | 0.00 | 35.75 |
| 11 | PYOD, LLC its successors and assigns as assignee | 6,231.80 | 0.00 | 233.14 |
| 12 | PYOD, LLC its successors and assigns as assignee | 1,858.23 | 0.00 | 69.52 |
| 13 | Capital Recovery V, LLC | 4,114.75 | 0.00 | 153.94 |
| 14 | Capital Recovery V, LLC | 327.10 | 0.00 | 12.24 |
| 15 | Capital Recovery V, LLC | 4,132.51 | 0.00 | 154.61 |
| 16 | Capital Recovery V, LLC | 3,545.90 | 0.00 | 132.66 |
| 17 | Capital Recovery V, LLC | 1,646.29 | 0.00 | 61.59 |
| 18 | Capital Recovery V, LLC | 4,865.79 | 0.00 | 182.04 |
| 19 | Capital Recovery V, LLC | 1,133.41 | 0.00 | 42.40 |
| 20 | PYOD, LLC its successors and assigns as assignee | 950.34 | 0.00 | 35.55 |
| 21 | PYOD, LLC its successors and assigns as assignee | 3,633.85 | 0.00 | 135.95 |
| 22 | Cavalry SPV I, LLC | 3,519.33 | 0.00 | 131.67 |
| 23 | WORLD'S FOREMOST BANK | 1,641.17 | 0.00 | 61.40 |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for timely general unsecured claims:    $            2,127.57

Remaining balance:    $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $            0.00

Remaining balance:    $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00

Remaining balance:    $            0.00

UST Form 101-7-TFR (05/1/2011)